THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. 235 WEST 46TH STREET CO., INC., Appellant. JOSEPH A. GAVAGAN, Receiver.

824

— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.